ROSE M. LYNCH, as Administratrix of the Estate of CLARENCE LYNCH, Deceased, Appellant, v. A. L. OTTAVIANO, INC., Defendant, and JOHN ARBORIO, INC., et al., Respondents. CIRCLE CONSTRUCTION CORPORATION, Third-Party Plaintiff, v. AL TURI, Doing Business as AL TURI TRUCKING, Third-Party

Defendant.—

Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.